# First District Court of Appeal
## State of Florida

———————————————

No. 1D2023-2139

———————————————

ANTHONY F. MORRIS,

    Appellant,

    v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections,

    Appellee.

———————————————

On appeal from the Circuit Court for Jackson County.
Ana M. Garcia, Judge.

August 16, 2024

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and M.K. THOMAS and LONG, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Anthony F. Morris, pro se, Appellant.

Ashley Moody, Attorney General, and Kristie Regan, Assistant Attorney General, Tallahassee, for Appellee.